IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40070
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ROBERT CRAIG COX,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:95-CR-27
- - - - - - - - - -
August 21, 1996
Before KING, DUHÉ, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Robert Craig Cox appeals the district court's enhancement of his sentence because of his activity as an "armed career criminal." Cox maintains that the district court committed error by not finding that events surrounding a kidnapping and assault constituted a single offense. The district court did not commit plain error in determining that the crimes committed by Cox were different offenses, against different victims, occurring

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

sequentially.  Such crimes constitute separate offenses for sentence enhancement purposes.  <u>United States v. Ressler</u>, 54 F.3d 257, 260 (5th Cir. 1995).

AFFIRMED.